# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DELRIK ADAMS, SR.

NO. 2020 KW 0183

APR 2 8 2020

---

In Re:   Delrik Adams, Sr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. (unknown)

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND MCDONALD, JJ.**

**WRIT GRANTED** for the sole purpose of transferring the Motion for Boykin Transcript and Production of Documents to the district court for its consideration. The original of the writ application will be forwarded to the district court clerk of court.

**VGW**
**JMG**
**JMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT